IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DR. NINA M. MORGAN                                                                          PLAINTIFF

v.                                          Civil No. 4:23-cv-04063

DANA PHILLIPS et al.                                                                       DEFENDANTS

**<u>ORDER</u>**

Before the Court is Separate Defendants Dana Phillips, Cody Hensley, Kristopher Carr, Clayton Brooks, Rami Cox, Jeff Black, and the Lafayette County Sheriff Department Motion For Contempt.  ECF No. 16.  Plaintiff has not responded to the Motion.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Susan O. Hickey referred this Motion to this Court.

On September 27, 2023, the Court entered the Initial Scheduling Order.  ECF No. 11. Pursuant to this Order, the parties were to hold their Rule 26(f) conference on or before October 25, 2023.  *Id.*  According to Separate Defendants' Motion, counsel made multiple attempts to contact the Plaintiff to schedule a Rule 26(f) conference.  *Id.*  Separate Defendants' counsel was able to contact the Plaintiff by telephone on October 18, 2023, and Plaintiff advised she was not willing to participate in any proceeding in this case and refused to communicate regarding scheduling the Rule 26(f) conference.  *Id.*

On October 19, 2023, Separate Defendants filed a Notice of Rule 26(f) Conference and notified the Plaintiff with the scheduled date, time and phone number(s) to call in the event she chose to participate in the conference.  ECF No. 13.  This Notice set a date of October 24, 2023, for the Rule 26(f) conference.  *Id.*  According to this Motion, Plaintiff failed to participate in this

conference.

Based upon the foregoing, the Court finds Separate Defendants Dana Phillips, Cody Hensley, Kristopher Carr, Clayton Brooks, Rami Cox, Jeff Black, and the Lafayette County Sheriff Department Motion For Contempt (ECF No. 16) is **GRANTED IN PART** and the Court **ORDERS** Plaintiff to contact counsel for all Parties within 14 days of this Order to schedule a Rule 26(f) conference. Plaintiff is **FURTHER ORDERED** to participate in the Rule 26(f) conference as required by the rules of this Court.

**Plaintiff is warned that failure to follow this Order may result in sanctions being imposed against her, including a recommendation of Dismissal of the Complaint.** Separate Defendants request for Sanctions and Dismissal are **DENIED** at this time but may be renewed if Plaintiff fails to comply with this Order.

**DATED this 13th day of December 2023.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE