IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DR. NINA M. MORGAN                                                                                    PLAINTIFF

v.                                            Case No. 4:23-cv-4063

DANA PHILLIPS, *et al.*                                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 18, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 25. Judge Bryant recommends that Plaintiff's amended complaint (ECF No. 3) be dismissed for failure to obey orders of the Court and failure to prosecute this case. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's amended complaint (ECF No. 3) is **DISMISSED WITHOUT PREJUDICE**. Further, the pending Motions to Dismiss (ECF Nos. 7, 9) are **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 7th day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge